In the Matter of the Estate of CARRIE BREILING, Deceased. JOHN P. HAYES, as Executor of CARRIE BREILING, Deceased, Appellant; MARY TRICK, Respondent.—

Present — Foster, P. J., Heffernan, Brewster, Bergan and Coon, JJ.